UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BARBARA ANN JOHNSON,

    Plaintiff,

vs.                                CASE NO.: 3:06cv188/MCR/EMT

DONALD C. WINTER, SECRETARY
DEPARTMENT OF THE NAVY,

    Defendant.
_____/

**O R D E R**

This matter is presently scheduled on the court's trial docket commencing November 19, 2007. Following granted extensions to discovery and dispositive motion deadlines, Defendant has now filed a motion for summary judgment. (Doc. 23). In order to allow adequate time for consideration of the pending motion and any response filed, the trial in this case will be continued. Accordingly, it is

    ORDERED:

    1.    This case is removed from the November 19, 2007, trial docket.

    2.    The Court will enter a separate order for trial following its ruling on the pending dispositive motion.

**DONE and ORDERED** on this 3rd day of October, 2007.

                                      s/ *M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **UNITED STATES DISTRICT JUDGE**